JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB LEE HAUGHTON,<br><br>Petitioner<br><br>v.<br><br>STUART SHERMAN,<br><br>Respondent. | Case No. EDCV 16-00251-DOC (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: December 7, 2016

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE